Case:  <u>In re James Renick</u>   (11-04301-LT7)

Hearing Date/Time:   May 5, 2011 at 10:00 a.m.

MOTION FOR RELIEF FROM STAY, RS #LHL-1

Dept. 3 Tentative:

    GRANT.

The automatic stay terminates as to individual debtors 30 days after the filing of a second bankruptcy case in a one year period unless the debtor seeks and obtains an extension of the stay during the 30 day period.  11 U.S.C. § 362(c)(3); *Reswick v. Reswick (In re Reswick)*, 2011 Bankr. LEXIS 873 (9th Cir. BAP 2011).  Debtor filed a prior bankruptcy case on December 14, 2010.  Thus, this chapter 7 is the second in a one year period.  And Debtor failed to obtain an extension of the stay in a timely fashion.  Thus, the Court will provide a comfort order in this regard as the stay terminated by operation of law.

The Court notes that Debtor may well possess valid defenses to lease termination and/or eviction.  These are preserved and should be raised and determined in the wrongful detainer action.